**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCATA LBS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL, INC., a Delaware corporation, and EBAY INC., a Delaware corporation,<br><br>Defendants._____/ | No. C 14-01864 JSW<br><br>**ORDER VACATING HEARING DATE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss, which has been noticed for hearing on July 25, 2014 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the Court VACATES the hearing, and it takes the motion under submission.

The Court CONTINUES the case management conference scheduled for July 25, 2014 at 11:00 a.m. to September 12, 2014 at 11:00 a.m. An updated joint case management statement shall be filed no later than September 5, 2014.

**IT IS SO ORDERED.**

Dated: July 21, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE