IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCATA LBS LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>PAYPAL, INC., a Delaware corporation, and EBAY INC., a Delaware corporation,<br><br>    Defendants. | No. C 14-01864 JSW<br><br>**ORDER VACATING HEARING** |

Now before the Court for consideration is a Motion to Stay Pending *Inter Partes* Review, filed by Defendants Paypal, Inc. and eBay, Inc. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the motion suitable for disposition without oral argument. *See* Civil L.R. 7-1(b). The Court therefore VACATES the hearing scheduled for December 5, 2014, and takes the motion under submission. The Court shall issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: December 1, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE