IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOCATA LBS LLC,

        Plaintiff,

  v.

PAYPAL INC ET AL,

        Defendants.

No. C 14-01864 JSW

**ORDER REQUIRING FURTHER STATUS REPORT**

    The Court has received and reviewed the joint status report filed October 12, 2015. The parties shall file a further status report no later than December 11, 2015.

    **IT IS SO ORDERED.**

Dated: October 14, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE